No. 95–6252. DODGE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6269. CASTRO CARDENAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6273. GRISWOLD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6274. SCOTT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6275. KELLY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6276. LOVETT *v.* UNITED STATES; LOVETT *v.* UNITED STATES; and HEPBURN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6277. METU, AKA CHUK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6278. RAITPORT *v.* DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–6279. JACKSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6281. RAULERSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6283. RODRIGUEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6286. D'ANTONI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6287. HILL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6291. SMITH *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6294. GIL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.